IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FRANCIS WILLIAMS,            )
                             )
    Petitioner,               )
                             )   CIVIL ACTION NO.
    v.                        )   2:05cv839-MHT
                             )        (WO)
UNITED STATES OF AMERICA,     )
                             )
    Respondent.               )

OPINION

Pursuant to 28 U.S.C.A. § 2255, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.  Also before the court is petitioner's response in which she agrees that her case should be dismissed.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of October, 2006.

                                  <u>/s/ Myron H. Thompson</u>
                               **UNITED STATES DISTRICT JUDGE**